Matus, Respondent, v. Metropolitan Casualty Insurance Company of New York, Appellant. (E) Richard McNeill, Appellant, v. John Hanrahan et al., Respondents. (F) Frank Banas, Respondent, v. Ralph Caserta et al., Appellants. (G) Catherine Roberts, Appellant, v. Vernon W. Bauer et al., Doing Business under the Name of Oceanside Taxi Co. et al., Respondents.— [In each action] On the call of the Special Calendar, there being no appearance for appellant, the appeal is dismissed, without costs. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ Pappo Bros., Appellant, v. W. Wydler & Son Construction Corp. et al., Respondents.— Motion by respondent W. Wydler & Son Construction Corp. to dismiss appeal for lack of prosecution, granted by default, with $10 costs, and appeal dismissed. Nolan, P. J., Beldock, Kleinfeld, Pette and Brennan, JJ., concur.

■ Rachael Parisi et al., Appellants, v. Incorporated Village of Valley Stream, Respondent.— Motion by appellants for leave to prosecute the appeal on the original papers. Motion denied. The papers submitted in support of this motion are entirely insufficient to demonstrate that there is any merit in the appeal, or to justify the making of an order pursuant to section 198-a of the Civil Practice Act. Nolan, P. J., Beldock, Kleinfeld, Pette and Brennan, JJ., concur.

■ The People of the State of New York, Respondent, v. Vincent F. Armiento, Appellant.— Motion by respondent to dismiss the appeal denied. Cross motion by appellant for enlargement of time to perfect the appeal granted, time enlarged to the January 1961 Term. The appeal is ordered on the calendar for said term. Nolan, P. J., Beldock, Kleinfeld, Pette and Brennan, JJ., concur.

■ The People of the State of New York, Respondent, v. Salvatore Bravo, Appellant.— Motion to dispense with printing granted. The appeal will be heard on the original papers (including the typed minutes) and on a typewritten brief. The appellant is directed to file six copies of his typewritten brief and to serve one copy on the District Attorney. Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.

■ The People of the State of New York, Respondent, v. John Foreman, Appellant.— Motion by appellant to vacate an order of this court entered January 10, 1949, dismissing the appeal. Motion granted and order vacated. Appellant's time to perfect the appeal is enlarged to the February 1961 Term. The appeal is ordered on the calendar for said term. The appeal will be heard on the original papers (including the typed minutes) and on appellant's typewritten brief. Appellant is directed to file six typewritten copies of his brief and to serve one copy on the District Attorney. Francis M. Verrilli, Esq., of 32 Court St., Brooklyn, New York, is assigned as counsel to prosecute the appeal on behalf of the appellant. Nolan, P. J., Kleinfeld, Pette and Brennan, JJ., concur; Beldock, J., dissents, and votes to deny the motion.

■ The People of the State of New York, Respondent, v. Calvin Johnson, Appellant.— Motion to dispense with printing granted. The appeal will be heard on the original papers (including the typed minutes) and on a typewritten brief. The appellant is directed to file six copies of his typewritten brief and to serve one copy on the District Attorney. The appellant's time to perfect the appeal is enlarged to the February 1961 Term. The appeal is ordered on the calendar for said term. Motion for assignment of counsel granted. Jacob Siegfried, Esquire, 66 Court Street, Brooklyn 1, New York, is assigned as counsel to prosecute the appeal. Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.

■ The People of the State of New York, Respondent, v. Alfonso Palma, Appellant.— Motion by appellant to enlarge time granted; appellant to